# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 98-1071

———————

Philomene E. Johnson,　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　　Appellant,　　　　　*
　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　v.　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　*　District of North Dakota.
Kenneth S. Apfel,　　　　　　　　*　　　[UNPUBLISHED]
　　　　　　　　　　　　　　　　　*
　　　　　　　Appellee.　　　　　*

———————

Submitted: October 7, 1998

Filed: November 2, 1998

———————

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Philomene E. Johnson appeals the district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny her application for supplemental security income. Having reviewed the record and the parties' briefs, we

———————

[1]The Honorable Rodney S. Webb, Chief Judge, United States District Court for the District of North Dakota, adopting the report and recommendations of the Honorable Karen K. Klein, United States Magistrate Judge for the District of North Dakota.

conclude that no error of law or fact appears and that an opinion would lack precedential value. We affirm the district court's judgment. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.